**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STEELE SOFTWARE SYSTEMS,
CORPORATION                              :

                                          **CIVIL ACTION NO.: JFM-05-2017**
     v.                                      :

DATAQUICK INFORMATION          :
SYSTEMS, INCORPORATED
                                 :
...o0o...

**REPORT AND RECOMMENDATION**

For the reasons stated on the record during the in-court hearing held on October 16, 2006, I recommend that the Court APPROVE the replacement supersedeas bond provided by Three S Delaware, Inc. f/k/a Steele Software Systems ("Three S") on November 9, 2006. Pursuant to Federal Rule of Civil Procedure 62(d), I further recommend that the Court stay all actions to enforce DataQuick Information Systems, Inc.'s January 17, 2006 judgment against Three S pending the outcome of Three S's appeal to the United States Court of Appeals for the Fourth Circuit.

This Report and Recommendation is subject to Local Rule 301.5(b).

                                                      /S/ (11/14/2006)

                                                   Paul W. Grimm
                                         United States Magistrate Judge

kmw